# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CANVAS SOLUTIONS, INC., d/b/a )<br>GOCANVAS )<br>)<br>Defendant. )<br>_____ ) | PATENT<br><br>Case No:<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, Battery Conservation Innovations, LLC ("Plaintiff" or "BCI") hereby states:

1. BCI does not have a parent corporation and no publicly held companies own 10% or more of its stock.

Dated: May 3, 2019

Respectfully submitted,

/s/   David A. Chavous

David A. Chavous, Esq.
**CHAVOUS INTELLECTUAL PROPERTY LAW LLC**
793 Turnpike St., Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

**ATTORNEYS FOR PLAINTIFF**