# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

BATTERY CONSERVATION INNOVATIONS, LLC

*Plaintiff*

v.

HOCOMA INCORPORATED

*Defendant*

Civil Action No.:
1:19-CV-11045-GAO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hocoma Incorporated
Via Its Registered Agent:
Frank Menzler
77 Accord Park Dr., suite D-1
Norwell, MA 02061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A Chavous, Esq.
CHAVOUS INTELLECTUAL PROPERTY LAW LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Leonardo Topanotti Vieira
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019-05-06 10:17:19.0, Clerk USDC DMA

Civil Action No.: **1:19–CV–11045–GAO**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Hocoma, Inc.__

was received by me on (date) __5/21/19__. c/o Frank Menzlan, RA
77 Accord Park Drive Suite D-1

☐ I personally served the summons on the individual at (place) __Norwell, MA__
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __SEAN CAULFIELD__, who is
designated by law to accept service of process on behalf of (name of organization) __Hocoma, Inc__
_____ on (date) __5/23/19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ __56__.

I declare under penalty of perjury that this information is true.

__5/23/19__
Date

_Nicholas Tomasello_
Server's Signature

__NICHOLAS TOMASELLO - PROCESS SERVER__
Printed name and title

_____
Server's Address

Additional information regarding attempted service, etc: