**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC, | : : : | |
| Plaintiff, | : : | CASE NO. 1:19-cv-11045-GAO |
| v. | : : | **PATENT** |
| HOCOMA, INCORPORATED, | : : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff Battery Conservation Innovations, LLC ("BCI") and Hocoma, Incorporated ("Hocoma") hereby moves for a continuance of the scheduling conference from September 16, 2019 to September 23, 2019.

As grounds for this motion, BCI and Hocoma assert that a settlement has been reached in this case. The parties are presently finalizing the agreement and need a week extension of this deadline to complete the agreement and file the motion to dismiss.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **Hocoma, Inc.** | **Battery Conservation Innovations, LLC,** |
| By its Attorney, | By its Attorney, |
| */s/ Briana R. Cummings* | */s/David A Chavous* |
| Briana R. Cummings, BBO# 692750<br>P.O. BOX 343<br>Winchester, MA  01890<br>Telephone:  (781)325-8060<br>briana.cummings@hocoma.com<br>briana@branchlegal.com | David A. Chavous, BBO# 660332<br>CHAVOUS INTELLECTUAL PROPERTY LAW LLC<br>793 Turnpike Street, Unit 1<br>North Andover, MA  01845<br>Telephone:  (978) 655-4309<br>Facsimile:  (978) 945-0549 |

September 9, 2019
 .

## **LOCAL RULE 7.1 CERTIFICATION**

  I, David A. Chavous, conferred with counsel for Defendant regarding this motion on September 9, 2019 and counsel for Defendant agreed to this extension.

                */s/ David A. Chavous*
                David A. Chavous

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 9, 2019.

                                                 */s/ /David A. Chavous/*